ROBERT D. EASSA, Bar No. 107970
reassa@browneassa.com
TARA K. CLANCY, Bar No. 253321
tclancy@browneassa.com
BROWN EASSA & McLEOD LLP
1999 Harrison Street, Suite 1800
Oakland, California 94612-3520
Telephone:   510.444.3131
Facsimile:    510.839.7940

Attorneys for Defendants
ROSS SYSTEMS, INC.; CDC SOFTWARE
CORPORATION; and CDC SOFTWARE, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA VALLEY LAND COMPANY dba WOOLF ENTERPRISES,<br><br>Plaintiff,<br><br>v.<br><br>ROSS SYSTEMS, INC; CDC SOFTWARE, INC.; CDC SOFTWARE CORPORATION; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case no.  1:11-cv-01362-AWI-SMS<br><br>**STIPULATED REQUEST TO SEAL DOCUMENTS 1-1, 1-2, AND 1-3**<br><br> **ORDER** |

## STIPULATED REQUEST TO SEAL DOCUMENTS

On August 15, 2011, Plaintiff California Valley Land Company dba Woolf Enterprises ("Plaintiff") filed Court Document Nos. 1-1, 1-2, and 1-3. Document No. 1-1 is an 8-page Exhibit A to Plaintiff's Complaint. Document No. 1-2 is a 7-page Exhibit B to Plaintiff's Complaint. Document No. 1-3 is a 20-page Exhibit C to Plaintiff's Complaint. Plaintiff has been advised that Defendants Ross Systems, Inc., CDC Software Inc., and CDC Software Corporation ("Defendants") deem Document # 1-1, 1-2, and 1-3 to contain confidential information and/or

1  trade secrets which may not be disclosed pursuant to the confidentiality provisions set forth in the
2  professional service agreement between Plaintiff and Ross Systems, Inc.  Plaintiff does not
3  concede or otherwise agree that Document Nos. 1-1, 1-2, and/or 1-3 constitute a trade secret.
4        The parties hereby submit this request for an Order sealing Documents 1-1, 1-2, and 1-3.
5  The parties further request that access to the sealed documents be limited to the Court's personnel
6  and counsel of record appearing for the parties.  No additional access should be permitted.
7  IT IS SO STIPULATED THROUGH COUNSEL OF RECORD:

9  Dated: January 6, 2012     **BROWN EASSA & McLEOD LLP**

12  By: /s/  Tara K. Clancy
     ROBERT D. EASSA
     TARA K. CLANCY
     Attorneys for Defendants
     ROSS SYSTEMS, INC.; CDC SOFTWARE
     CORPORATION; and CDC SOFTWARE,
     INC.

16  Dated: January 13, 2012    **WILLOUGHBY, STUART & BENING**

19  By: /s/  George W. Dowell
     ALEXANDER F. STUART
     GEORGE W. DOWELL
     Attorneys for Plaintiff
     CALIFORNIA VALLEY LAND
     COMPANY dba WOOLF ENTERPRISES

23  //////
24  /////
25  ////
26  ///
27  //
28  /

**ORDER TO SEAL DOCUMENTS**

After reviewing the "Request to Seal Documents" submitted jointly by the parties to this action, IT IS HEREBY ORDERED that:

1. Documents 1-1, 1-2, and 1-3 (hereafter the "Sealed Documents"), currently on file with this Court as exhibits to Plaintiff's Complaint, shall be sealed.

2. Access to the Sealed Documents shall be limited to the personnel of this Court, counsel of record for Plaintiff, and counsel of record for Defendants.

IT IS SO ORDERED.

Dated:   **January 23, 2012**              **/s/ Sandra M. Snyder**
                                           UNITED STATES MAGISTRATE JUDGE