1   ROBERT D. EASSA, Bar No. 107970
    reassa@browneassa.com
2   TARA K. CLANCY, Bar No. 253321
    tclancy@browneassa.com
3   BROWN EASSA & McLEOD LLP
    1999 Harrison Street, Suite 1800
4   Oakland, California  94612-3520
    Telephone:     510.444.3131
5   Facsimile:     510.839.7940

6   Attorneys for Defendants
    ROSS SYSTEMS, INC.; CDC SOFTWARE
7   CORPORATION; and CDC SOFTWARE, INC.

8

9

10              UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12

13  CALIFORNIA VALLEY LAND              Case no.  1:11-cv-01362-AWI-SMS
    COMPANY dba WOOLF ENTERPRISES,
14                                      STIPULATED REQUEST TO SEAL
                   Plaintiff,           DOCUMENTS 1-1, 1-2, AND 1-3
15
    v.                                   ORDER
16
    ROSS SYSTEMS, INC; CDC
17  SOFTWARE, INC.; CDC SOFTWARE
    CORPORATION; and DOES 1 through
18  100, inclusive,

19                 Defendants.

20

21

22              STIPULATED REQUEST TO SEAL DOCUMENTS

23         On August 15, 2011, Plaintiff California Valley Land Company dba Woolf Enterprises

24  ("Plaintiff") filed Court Document Nos. 1-1, 1-2, and 1-3.  Document No. 1-1 is an 8-page

25  Exhibit A to Plaintiff's Complaint.  Document No. 1-2 is a 7-page Exhibit B to Plaintiff's

26  Complaint.  Document No. 1-3 is a 20-page Exhibit C to Plaintiff's Complaint.  Plaintiff has been

27  advised that Defendants Ross Systems, Inc., CDC Software Inc., and CDC Software Corporation

28  ("Defendants") deem Document # 1-1, 1-2, and 1-3 to contain confidential information and/or

1  trade secrets which may not be disclosed pursuant to the confidentiality provisions set forth in the

2  professional service agreement between Plaintiff and Ross Systems, Inc.  Plaintiff does not

3  concede or otherwise agree that Document Nos. 1-1, 1-2, and/or 1-3 constitute a trade secret.

4        The parties hereby submit this request for an Order sealing Documents 1-1, 1-2, and 1-3.

5  The parties further request that access to the sealed documents be limited to the Court's personnel

6  and counsel of record appearing for the parties.  No additional access should be permitted.

7  IT IS SO STIPULATED THROUGH COUNSEL OF RECORD:

8

9  Dated: January 6, 2012                  **BROWN EASSA & McLEOD LLP**

10

11

12                    By: /s/  Tara K. Clancy
                     ROBERT D. EASSA

13                       TARA K. CLANCY
                     Attorneys for Defendants

14                       ROSS SYSTEMS, INC.; CDC SOFTWARE
                     CORPORATION; and CDC SOFTWARE,

15                       INC.

16  Dated: January 13, 2012             **WILLOUGHBY, STUART & BENING**

17

18

19                    By: /s/  George W. Dowell
                     ALEXANDER F. STUART

20                       GEORGE W. DOWELL
                     Attorneys for Plaintiff

21                       CALIFORNIA VALLEY LAND
                     COMPANY dba WOOLF ENTERPRISES

22

23  //////

24  /////

25  ////

26  ///

27  //

28  /

## ORDER TO SEAL DOCUMENTS

After reviewing the "Request to Seal Documents" submitted jointly by the parties to this action, IT IS HEREBY ORDERED that:

1.      Documents 1-1, 1-2, and 1-3 (hereafter the "Sealed Documents"), currently on file with this Court as exhibits to Plaintiff's Complaint, shall be sealed.

2.      Access to the Sealed Documents shall be limited to the personnel of this Court, counsel of record for Plaintiff, and counsel of record for Defendants.

IT IS SO ORDERED.

Dated:   __January 23, 2012__                 _____/s/ Sandra M. Snyder__
                                                                     UNITED STATES MAGISTRATE JUDGE

1999 Harrison Street,
Suite 1800
Oakland, California
94612-3520