ALEXANDER F. STUART, SBN 96141
WILLOUGHBY, STUART & BENING
50 W. San Fernando Street, Suite 400
San Jose, California 95113
Telephone:   (408) 289-1972
Facsimile:    (408) 295-6375
E-Mail:        afs@wsblaw.net

JONATHAN A. AZRAEL, ESQ. (Pending Admission *Pro Hac Vice*)
JOHN R. SOLTER JR., ESQ. (Pending Admission *Pro Hac Vice*)
AZRAEL, FRANZ, SCHWAB & LIPOWITZ, LLC
101 E. Chesapeake Avenue, 5th Floor
Baltimore, Maryland 21286
Telephone:   (410) 821-6800
Facsimile:    (410) 821-1265
E-Mail:

Attorneys for Plaintiffs
CALIFORNIA VALLEY LAND COMPANY
dba WOOLF ENTERPRISES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CALIFORNIA VALLEY LAND COMPANY dba WOOLF ENTERPRISES,<br><br>Plaintiff,<br><br>vs.<br><br>ROSS SYSTEMS, INC; CDC SOFTWARE, INC.; CDC SOFTWARE CORPORATION; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO: 1:11-CV-01362-AWI-SMS<br><br>**STIPULATION ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT (F.R.C.P. Rule 15(a)2.)**<br>**(Doc. 20)**<br><br>**ORDER** |

### **STIPULATION PURSUANT TO F.R.C.P. RULE 15(A)2 ALLOWING PLAINTIFF TO**

### **FILE FIRST AMENDED COMPLAINT**

On August 15, 2011, Plaintiff California Valley Land Company dba Woolf Enterprises ("Plaintiff") filed its Complaint in the above titles action. Following a further investigation of the

claims alleged in the Complaint, and damages arising out of those claims, Plaintiff determined that a partnership in which it is a fifty percent (50%) member, Harris Woolf Almonds, should also be joined in this matter as a plaintiff.

Pursuant to Federal Rules of Civil Procedure Rule 15(a)2, the parties to this action hereby stipulate that Plaintiff is permitted leave of court to file its First Amended Complaint. (Attached hereto as Exhibit A.) It is further stipulated between the parties that Exhibits A through C filed with Plaintiff's initial Complaint (see, Court Document Nos. 1-1, 1-2, and 1-3) shall be deemed to have been re-filed with Plaintiff's First Amended Complaint and are hereby incorporated therein subject to the standing order sealing those documents.  (see, Court Document No. 16.)

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD:

Dated: February 29, 2012                **BROWN EASSA & McLEOD LLP**


By:_____
ROBERT D. EASSA
TARA K. CLANCY
Attorneys for Defendants
ROSS SYSTEMS, INC.; CDC SOFTWARE
CORPORATION; and CDC SOFTWARE,
INC.

Dated: February 29, 2012                **WILLOUGHBY, STUART & BENING**


By:_____/s/_____
ALEXANDER F. STUART
GEORGE W. DOWELL
Attorneys for Plaintiff
CALIFORNIA VALLEY LAND
COMPANY dba WOOLF ENTERPRISES

**ORDER ALLOWING LEAVE OF COURT TO FILE FIRST AMENDED COMPLAINT**

After reviewing the "Stipulation Pursuant to F.R.C.P. Rule 15(a)2 Allowing Plaintiff to File First Amended Complaint" submitted jointly by the parties to this action,

IT IS HEREBY ORDERED that:

1. Plaintiff is granted leave of court to file its First Amended Complaint.

2. The Exhibits filed with Plaintiff's initial Complaint are deemed re-filed and hereby incorporated into Plaintiff's First Amended Complaint as if they had been filed herewith.

3. Plaintiff's First Amended Complaint shall be filed by March 7, 2012.

IT IS SO ORDERED.

Dated:   **March 1, 2012**              **/s/ Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE