ROBERT D. EASSA, Bar No. 107970
robert.eassa@sedgwicklaw.com
TARA K. CLANCY, Bar No. 253321
tara.clancy@sedgwicklaw.com
**SEDGWICK LLP**
333 Bush Street, 30th Floor
San Francisco, California  94104
Telephone:     415.781.7900
Facsimile:     415.781.2635

Attorneys for Defendants
ROSS SYSTEMS, INC.; CDC SOFTWARE
CORPORATION; and CDC SOFTWARE INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA VALLEY LAND COMPANY dba WOOLF ENTERPRISES, and HARRIS WOOLF ALMONDS,<br><br>Plaintiff,<br><br>v.<br><br>ROSS SYSTEMS, INC; CDC SOFTWARE, INC.; CDC SOFTWARE CORPORATION; and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 1:11-cv-01362-AWI-SMS<br><br>**STIPULATION TO MODIFY SCHEDULING CONFERENCE ORDER; SUPPORTING DECLARATIONS OF GEORGE W. DOWELL AND TARA K. CLANCY; AND ORDER THEREON** |

1  IT IS HEREBY STIPULATED, by and between, Plaintiffs CALIFORNIA VALLEY
2  LAND COMPANY dba WOOLF ENTERPRISES and HARRIS WOOLF ALMONDS and
3  Defendants ROSS SYSTEMS, INC; CDC SOFTWARE, INC.; and CDC SOFTWARE
4  CORPORATION that the Scheduling Conference Order issued on October 4, 2012 may be
5  modified so that the trial date is continued to February 4, 2014.  Furthermore, the parties
6  stipulate that related discovery, motion, and court dates set forth in said Order may be modified
7  as follows:

|  | **Original Date Per 2/6/2012 Order:** | **Modified Date Per 10/4/12 Order:** | **New Proposed Date:** |
|---|---|---|---|
| **Expert Disclosure Deadline:** | 10/05/12 | 02/05/13 | 07/22/13 |
| **Supplemental Expert Disclosure Deadline:** | 10/19/12 | 02/19/13 | 08/01/13 |
| **Discovery Deadline (Non-Expert):** | 10/19/12 | 02/19/13 | 08/01/13 |
| **Discovery Deadline (Expert):** | 11/09/12 | 03/08/13 | 08/19/13 |
| **Settlement Conference:** | 11/14/12 | 01/22/13 at 10:30 a.m. | 11/12/13 at 10:00 a.m. |
| **Non-Dispositive Motion Filing Deadline:** | 11/16/12 | 03/15/13 | 09/03/13 |
| **Dispositive Motion Filing Deadline:** | 12/07/12 | 04/05/13 | 9/30/13 |
| **Pre-Trial Conference:** | 1/25/13 at 8:30 a.m. Courtroom 2/AWI | 05/24/13 at 8:30 a.m. Courtroom 2/AWI | 12/11/13 at 8:30 a.m. Courtroom 2/AWI |

| **Trial Date:** | 3/11/13 at 8:30 a.m. Courtroom 2/AWI (JT ~ 3 weeks) | 7/16/13 at 8:30 a.m. Courtroom 2/AWI (JT ~ 3 weeks) | 2/4/14 at 8:30 a.m. Courtroom 2/AWI (JT ~ 3 weeks) |
|---|---|---|---|

This stipulation is made in accordance with Federal Rule of Civil Procedure Rule 16(b)(4), United States District Court Eastern District Local Rule 143, and the provisions of this Court's initial February 6, 2012 Scheduling Conference Order.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD:

Dated: May 15, 2013                    **SEDGWICK LLP**

By:  /s/ Tara Clancy /s/
    ROBERT D. EASSA
    TARA K. CLANCY
    Attorneys for Defendants
    ROSS SYSTEMS, INC.;
    CDC SOFTWARE CORPORATION; and
    CDC SOFTWARE, INC.

Dated: May 15, 2013                    **WILLOUGHBY, STUART & BENING**

By:   /s/ George W. Dowell /s/
    ALEXANDER F. STUART
    GEORGE W. DOWELL
    Attorneys for Plaintiffs
    CALIFORNIA VALLEY LAND
    COMPANY dba WOOLF ENTERPRISES
    and HARRIS WOOLF ALMONDS

# DECLARATION OF TARA K. CLANCY

I, TARA K. CLANCY, declare as follows:

1. I am an attorney at law admitted to practice before the courts of the State of California and the United States District Court for the Eastern District of California. I am an attorney with the law firm of Sedgwick LLP, counsel of record for defendants Ross Systems, Inc.; CDC Software Corporation; and CDC Corporation (collectively "Defendants") in the above-referenced matter. The facts set forth in this declaration are based on my personal knowledge, on matters of which I am informed as counsel, and on my review of the firms' papers and records. If sworn as a witness, I could and would testify competently to these facts.

2. On February 6, 2012, this Court issued an initial Scheduling Conference Order setting a trial date of March 11, 2013. Since then, the parties have been conducting non-expert discovery proceedings including written discovery and document exchanges. In light of the extensive nature of the information requested, the parties granted mutual extensions of time to respond to the discovery requests, with stipulations filed pursuant to Federal Rule of Civil Procedure Rules 29, 33, and 34, and Local Rule 143.

3. Since exchanging document production and written discovery, Plaintiffs have taken the following depositions: Andrew Buckland, Bob Gettings, and Jay Jordan. Defendants have taken the depositions of Stephen Nazaroff, Joel Perkins, and Lee Henriksen. On May 14, 2013, defendants will also take the deposition of Mike Schilling. The parties anticipate that additional depositions may be necessary. The parties are also intending to submit this case to a second attempt at private mediation prior to trial.

4. In light of the foregoing, good cause exists for granting the parties additional time to complete non-expert discovery proceedings and private mediation.

5. I have met and conferred with Plaintiffs' counsel, George Dowell, and all parties are agreeable to a February 4, 2014 trial date, as well as the other pre-trial dates set forth in the [proposed] modified scheduling order filed concurrently herewith.

////

////

6. On or about May 1, 2013, I contacted Harold Nazaroff, Courtroom Clerk to the Honorable Anthony W. Ishii. Mr. Nazaroff indicated that Judge Ishii is available for trial on any Tuesday in February 2014.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed this 15th day of May, 2013 at San Francisco, California.

/s/ Tara Clancy /s/<br>
TARA K. CLANCY

**DECLARATION OF GEORGE W. DOWELL**

I, GEORGE W. DOWELL, declare as follows:

1.  I am an attorney at law admitted to practice before the courts of the State of California and the United States District Court for the Eastern District of California. I am an attorney with the law firm of Willoughby, Stuart & Bening, counsel of record for Plaintiffs California Valley Land Company and Harris Woolf Almonds (collectively "Plaintiffs") in the above-referenced matter. The facts set forth in this declaration are based on my personal knowledge, on matters of which I am informed as counsel, and on my review of the firms' papers and records. If sworn as a witness, I could and would testify competently to these facts.

2.  Following the commencement of this action, the parties engaged in early settlement efforts which proved fruitless. Shortly thereafter, the partied exchanged written discovery and requests for the product of documents.

3.  Due to scheduling conflicts the responsive dates for the discovery responses were continued for both sides pursuant to stipulations filed with this Court. In addition to the extensions of time, there have been ongoing discussions about the need for a Protective Order in this matter. After a lengthy meet and confer period, the parties have agreed to submit stipulated Protective Order for this Court's consideration. Upon entry of that order, or some variant thereto, the parties will exchange documents.

4.  There is good cause to continue the trial and related dates based on the parties efforts to resolve the discovery disputes to date and need to conduct depositions of relevant witnesses following review of the documents sought in discovery. The parties believe that the brief extension of time sought in this Stipulation will provide ample opportunity to review the produced documents and conduct the necessary depositions.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed this 15th day of May, 2013 at San Jose, California.

/s/
GEORGE W. DOWELL

SF/3817316v1

- 6 -

STIPULATION TO MODIFY SCHEDULING CONFERENCE ORDER; SUPPORTING DECLARATIONS OF GEORGE W. DOWELL AND TARA K. CLANCY; [PROPOSED] ORDER – NO. 1:11-CV-01362-AWI-SMS

**ORDER**

Pursuant to the parties' Stipulation to Modify Scheduling Conference Order submitted herewith, the supporting declarations of George W. Dowell and Tara K. Clancy; and good cause showing, IT IS HEREBY ORDERED that the dates set forth in the Scheduling Conference Order issued on October 4, 2012 be modified as follows:

Trial in this matter is hereby continued to **February 4, 2014**.  Furthermore, the following dates shall be extended as reflected below:

|  | **Original Date Per 2/6/2012 Order:** | **Modified Date Per 10/4/12 Order:** | **New Proposed Date:** |
|---|---|---|---|
| **Expert Disclosure Deadline:** | 10/05/12 | 02/05/13 | 07/22/13 |
| **Supplemental Expert Disclosure Deadline:** | 10/19/12 | 02/19/13 | 08/01/13 |
| **Discovery Deadline (Non-Expert):** | 10/19/12 | 02/19/13 | 08/01/13 |
| **Discovery Deadline (Expert):** | 11/09/12 | 03/08/13 | 08/19/13 |
| **Settlement Conference:** | 11/14/12 | 01/22/13 at 10:30 a.m. | 11/12/13 at 10:00 a.m. |
| **Non-Dispositive Motion Filing Deadline:** | 11/16/12 | 03/15/13 | 09/03/13 |
| **Dispositive Motion Filing Deadline:** | 12/07/12 | 04/05/13 | 9/30/13 |
| **Pre-Trial Conference:** | 1/25/13 at 8:30 a.m. Courtroom 2/AWI | 05/24/13 at 8:30 a.m. Courtroom 2/AWI | 12/11/13 at 8:30 a.m. Courtroom 2/AWI |

| **Trial Date:** | 3/11/13 at 8:30 a.m. Courtroom 2/AWI (JT ~ 3 weeks) | 7/16/13 at 8:30 a.m. Courtroom 2/AWI (JT ~ 3 weeks) | 2/4/14 at 8:30 a.m. Courtroom 2/AWI (JT ~ 3 weeks) |
|---|---|---|---|

All other matters contained in this Court's initial Scheduling Conference Order issued on February 6, 2012 shall remain in full effect as though completely restated herein.

IT IS SO ORDERED.

DATED:  5/17/2013                        /s/ SANDRA M. SNYDER
                                         THE HONORABLE SANDRA M. SNYDER
                                         UNITED STATES MAGISTRATE JUDGE