**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA LAND VALLEY COMPANY dba WOOLF ENTERPRISES and HARRIS WOOLF ALMONDS,<br><br>Plaintiffs,<br><br>v.<br><br>ROSS SYSTEMS, INC; CDC SOFTWARE, INC.; CDC SOFTWARE CORPORATION; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:11-cv-01362 AWI SMS<br><br>**Informational Order**<br>**Re: Informal Telephonic Discovery Dispute** |

The Court held an informal telephonic discovery dispute on May 28, 2013 at 2:00 pm. George W. Dowell, Esq., appeared telephonically on behalf of Plaintiffs. Robert D. Eassa, Esq., and Tara K. Clancy, Esq., appeared telephonically on behalf of Defendants. The Court advised counsel of the following:

1. Absent a noticed motion, the Court cannot ascertain whether witness Andrew Buckland's testimony would run afoul of the mutual release. Until Plaintiff files such a motion, Plaintiff may set another deposition after the witness has had a chance to seek advice as to his legal obligations.

2. The Court accepts the representations of Mr. Dowell that Norm Cohen, the non-lawyer third party present at the meeting, was a retained consultant of Plaintiff's attorney. Furthermore, communications did not lose the attorney-client privilege simply because witness Stephen Nazaroff cannot now identify persons at the meeting as lawyers.

3. Based on the evidence presented at this stage in discovery, no further inquiry may be made into Mr. Nazaroff's earnings at his new job, as its probative value is substantially outweighed by its tendency to confuse the issues.

IT IS SO ORDERED.

Dated:   **June 6, 2013**                              **/s/ Sandra M. Snyder**
                                                                   UNITED STATES MAGISTRATE JUDGE