1  ROBERT D. EASSA, Bar No. 107970
   robert.eassa@sedgwicklaw.com
2  TARA K. CLANCY, Bar No. 253321
   tara.clancy@sedgwicklaw.com
3  **SEDGWICK LLP**
   333 Bush Street, 30th Floor
4  San Francisco, California  94104
   Telephone:    415.781.7900
5  Facsimile:    415.781.2635

6  Attorneys for Defendants
   ROSS SYSTEMS, INC.; CDC SOFTWARE
7  CORPORATION; and CDC SOFTWARE INC.

8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA VALLEY LAND COMPANY dba WOOLF ENTERPRISES, and HARRIS WOOLF ALMONDS,<br><br>Plaintiff,<br><br>v.<br><br>ROSS SYSTEMS, INC; CDC SOFTWARE, INC.; CDC SOFTWARE CORPORATION; and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 1:11-CV-01362-AWI-SMS<br><br>**STIPULATION TO MODIFY SCHEDULING CONFERENCE ORDER; SUPPORTING DECLARATIONS OF TARA K. CLANCY AND GEORGE W. DOWELL; ORDER THEREON** |

IT IS HEREBY STIPULATED, by and between, plaintiffs CALIFORNIA VALLEY LAND COMPANY dba WOOLF ENTERPRISES and HARRIS WOOLF ALMONDS and defendants ROSS SYSTEMS, INC; CDC SOFTWARE, INC.; and CDC SOFTWARE CORPORATION that the Scheduling Conference Order issued on May 17, 2013 may be modified so that the deadlines for non-expert and expert discovery, non-dispositive motions, and dispositive motions may be continued as set forth below.  The current settlement conference date, pre-trial date, and trial date shall remain as currently set.

////

////

SF/3840387v1                                           - 1 -

STIPULATION TO MODIFY SCHEDULING CONFERENCE ORDER; SUPPORTING DECLARATIONS OF TARA K. CLANCY AND GEORGE W. DOWELL; [PROPOSED] ORDER – NO. 1:11-CV-01362-AWI-SMS

|  | **Original Date Per 2/6/2012 Order:** | **Modified Date Per 10/4/12 Order:** | **Modified Date Per 5/17/13 Order:** | **New Proposed Date:** |
|---|---|---|---|---|
| **Expert Disclosure Deadline:** | 10/05/12 | 02/05/13 | 07/22/13 | 10/4/13 |
| **Supplemental Expert Disclosure Deadline:** | 10/19/12 | 02/19/13 | 08/01/13 | 11/4/13 |
| **Discovery Deadline (Non-Expert):** | 10/19/12 | 02/19/13 | 08/01/13 | 9/13/13 |
| **Discovery Deadline (Expert):** | 11/09/12 | 03/08/13 | 08/19/13 | 12/20/13 |
| **Settlement Conference:** | 11/14/12 | 01/22/13 at 10:0 a.m. | 11/12/13 at 10:00 a.m. | 11/12/13 at 10:00 a.m. |
| **Non-Dispositive Motion Filing Deadline:** | 11/15/12 | 03/15/13 | 09/03/13 | 9/27/13 |
| **Dispositive Motion Filing Deadline:** | 12/07/12 | 04/05/13 | 9/30/13 | 9/27/13 |
| **Pre-Trial Conference:** | 1/25/13 at 8:30 a.m. Courtroom2/AWI | 05/24/13 at 8:30 a.m. Courtroom 2/AWI | 12/11/13 at 8:30 a.m. Courtroom 2/AWI | 12/11/13 at 8:30 a.m. Courtroom 2/AWI |
| **Trial Date:** | 3/11/13 at 8:30 a.m. Courtroom 2/AWI (JT ~ 3 weeks) | 3/11/13 at 8:30 a.m. Courtroom 2/AWI (JT ~ 3 weeks) | 2/4/14 at 8:30 a.m. Courtroom 2/AWI (JT ~ 3 weeks) | 2/4/14 at 8:30 a.m. Courtroom 2/AWI (JT ~ 3 weeks) |

////

SF/3840387v1                       - 2 -

STIPULATION TO MODIFY SCHEDULING CONFERENCE ORDER; SUPPORTING DECLARATIONS OF TARA K. CLANCY AND GEORGE W. DOWELL; [PROPOSED] ORDER – NO. 1:11-CV-01362-AWI-SMS

1  This stipulation is made in accordance with Federal Rule of Civil Procedure Rule
2  16(b)(4), United States District Court Eastern District Local Rule 143, and the provisions of this
3  Court's initial February 6, 2012 Scheduling Conference Order.

4  **IT IS SO STIPULATED THROUGH COUNSEL OF RECORD:**

5  Dated:  June 25, 2013                              **SEDGWICK LLP**

     By:  /s/ Tara Clancy /s/
          ROBERT D. EASSA
          TARA K. CLANCY
          Attorneys for Defendants
          ROSS SYSTEMS, INC.;
          CDC SOFTWARE CORPORATION; and
          CDC SOFTWARE, INC.

12  Dated:  June 25, 2013                              **WILLOUGHBY, STUART & BENING**

     By:  /s/ George W. Dowell /s /
          ALEXANDER F. STUART
          GEORGE W. DOWELL
          Attorneys for Plaintiffs
          CALIFORNIA VALLEY LAND
          COMPANY dba WOOLF ENTERPRISES
          and HARRIS WOOLF ALMONDS

## DECLARATION OF TARA K. CLANCY

I, TARA K. CLANCY, declare as follows:

1. I am an attorney at law admitted to practice before the courts of the State of California and the United States District Court for the Eastern District of California. I am an attorney with the law firm of Sedgwick LLP, counsel of record for defendants Ross Systems, Inc.; CDC Software Corporation; and CDC Corporation (collectively "Ross") in the above-referenced matter. The facts set forth in this declaration are based on my personal knowledge, on matters of which I am informed as counsel, and on my review of the firms' papers and records. If sworn as a witness, I could and would testify competently to these facts.

2. On February 6, 2012, this Court issued an initial Scheduling Conference Order setting a trial date of March 11, 2013. Since then, the parties have been diligently conducting non-expert discovery proceedings including written discovery and document exchanges. In light of the extensive nature of the information requested, the parties granted mutual extensions of time to respond to the discovery requests. The parties have exchanged additional discovery in June 2013. Based on this most recent exchange, the parties believe that additional depositions and written discovery will be necessary to prepare this case for trial.

3. Plaintiffs have taken the following depositions thus far: Andrew Buckland, Bob Gettings, and Jay Jordan. Ross has completed the depositions of Stephen Nazaroff, Joel Perkins, Lee Henriksen, and Mike Schilling. The parties anticipate that additional depositions will be necessary including depositions pursuant to Federal Rule of Civil Procedure, Rule 30(b)(6). The parties also intend to submit this case to a second mediation attempt prior to trial.

4. In light of the foregoing, good cause exists for granting the parties additional time to complete non-expert discovery proceedings and private mediation.

5. I have met and conferred with Plaintiffs' counsel, George Dowell, and all parties are agreeable to the proposed scheduling order set forth above. The proposed scheduling order does not alter the settlement conference date, pre-trial date, or trial date set by this Court's May 17, 2013 scheduling order.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed this 25th day of June, 2013 at San Francisco, California.

                                        /s/ Tara Clancy /s/
                                        TARA K. CLANCY

### **DECLARATION OF GEORGE W. DOWELL**

I, GEORGE W. DOWELL, declare as follows:

1.     I am an attorney at law admitted to practice before the courts of the State of California and the United States District Court for the Eastern District of California. I am an attorney with the law firm of Willoughby, Stuart & Bening, counsel of record for Plaintiffs California Valley Land Company and Harris Woolf Almonds (collectively "Plaintiffs") in the above-referenced matter. The facts set forth in this declaration are based on my personal knowledge, on matters of which I am informed as counsel, and on my review of the firms' papers and records. If sworn as a witness, I could and would testify competently to these facts.

2.     Following the commencement of this action, the parties engaged in early settlement efforts which proved fruitless. Shortly thereafter, the partied exchanged written discovery and requests for the product of documents.

3.     Due to scheduling conflicts the responsive dates for the discovery responses were continued for both sides pursuant to stipulations filed with this Court. In addition to the extensions of time, there have been ongoing discussions about the need for a Protective Order in this matter. After a lengthy meet and confer period, the parties have agreed to submit stipulated Protective Order for this Court's consideration. Upon entry of that order, or some variant thereto, the parties will exchange documents.

4.     There is good cause to continue the trial and related dates based on the parties efforts to resolve the discovery disputes to date and need to conduct depositions of relevant witnesses following review of the documents sought in discovery. The parties believe that the brief extension of time sought in this Stipulation will provide ample opportunity to review the

1  produced documents and conduct the necessary depositions.

2      I declare under penalty of perjury, under the laws of the State of California, that the

3  foregoing is true and correct.

4      Executed this 25th day of June, 2013 at San Jose, California.

                          /s/ George W. Dowell /s/
                          GEORGE W. DOWELL

SF/3840387v1     - 6 -

STIPULATION TO MODIFY SCHEDULING CONFERENCE ORDER; SUPPORTING DECLARATIONS OF TARA K. CLANCY AND GEORGE W. DOWELL; [PROPOSED] ORDER – NO. 1:11-CV-01362-AWI-SMS

1 **ORDER**

2   Pursuant to the parties' Stipulation to Modify Scheduling Conference Order submitted
3 herewith, the supporting declarations of George W. Dowell and Tara K. Clancy; and good cause
4 showing, IT IS HEREBY ORDERED that the dates set forth in the Scheduling Conference Order
5 issued on May 17, 2013 be modified as follows:

|  | **Original Date Per 2/6/2012 Order:** | **Modified Date Per 10/4/12 Order:** | **Modified Date Per 5/17/13 Order:** | **New Proposed Date:** |
|---|---|---|---|---|
| **Expert Disclosure Deadline:** | 10/05/12 | 02/05/13 | 07/22/13 | 10/4/13 |
| **Supplemental Expert Disclosure Deadline:** | 10/19/12 | 02/19/13 | 08/01/13 | 11/4/13 |
| **Discovery Deadline (Non-Expert):** | 10/19/12 | 02/19/13 | 08/01/13 | 9/13/13 |
| **Discovery Deadline (Expert):** | 11/09/12 | 03/08/13 | 08/19/13 | 12/20/13 |
| **Settlement Conference:** | 11/14/12 | 01/22/13 at 10:0 a.m. | 11/12/13 at 10:00 a.m. | 11/12/13 at 10:00 a.m. |
| **Non-Dispositive Motion Filing Deadline:** | 11/15/12 | 03/15/13 | 09/03/13 | 9/27/13 |
| **Dispositive Motion Filing Deadline:** | 12/07/12 | 04/05/13 | 9/30/13 | 9/27/13 |
| **Pre-Trial Conference:** | 1/25/13 at 8:30 a.m. Courtroom2/AWI | 05/24/13 at 8:30 a.m. Courtroom 2/AWI | 12/11/13 at 8:30 a.m. Courtroom 2/AWI | 12/11/13 at 8:30 a.m. Courtroom 2/AWI |

| **Trial Date:** | 3/11/13 | 3/11/13 | 2/4/14 | 2/4/14 |
|---|---|---|---|---|
| | at 8:30 a.m. | at 8:30 a.m. | at 8:30 a.m. | at 8:30 a.m. |
| | Courtroom 2/AWI | Courtroom 2/AWI | Courtroom 2/AWI | Courtroom 2/AWI |
| | (JT ~ 3 weeks) | (JT ~ 3 weeks) | (JT ~ 3 weeks) | (JT ~ 3 weeks) |

All other matters contained in this Court's initial Scheduling Conference Order issued on February 6, 2012 shall remain in full effect as though completely restated herein.

**IT IS SO ORDERED.**

DATED:  6/26/2013                            /s/ SANDRA M. SNYDER
                                             THE HONORABLE SANDRA M. SNYDER
                                             UNITED STATES MAGISTRATE JUDGE