# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA VALLEY LAND COMPANY dba WOOLF ENTERPRISES, and HARRIS WOOLF ALMONDS,**<br><br>**Plaintiffs**<br><br>v.<br><br>**ROSS SYSTEMS, INC; CDC SOFTWARE, INC.; CDC SOFTWARE CORPORATION; and DOES 1 through 100, inclusive,**<br><br>**Defendants** | CASE NO. 1:11-CV-1362 AWI SMS<br><br>ORDER RE: REQUEST FOR LEAVE TO FILE SUR-REPLY |

Defendants have filed a motion for partial summary judgment. Doc. 73. Plaintiffs have filed an opposition. Doc. 76. In their reply, Defendants have made comprehensive and voluminous objections to each of Plaintiffs' proffered declarations. Doc. 77, Parts 3-9. Plaintiffs ask for the opportunity to respond. Doc. 78.

Permission is granted; Plaintiffs must file a sur-reply by 4:00 PM by Thursday, July 17, 2014. The hearing is rescheduled for 1:30 PM on Monday, July 28, 2014 in Courtroom 2. The court will consider objections to evidence under standards set by appropriate precedent, including Block v. City of L.A., 253 F.3d 410, 418-19 (9th Cir. 2001) and Fraser v. Goodale, 342 F.3d 1032, 1036-37 (9th Cir. 2003).

IT IS SO ORDERED.

Dated: _July 2, 2014_    _____
SENIOR DISTRICT JUDGE