ROBERT D. EASSA, Bar No. 107970
robert.eassa@sedgwicklaw.com
TARA K. CLANCY, Bar No. 253321
tara.clancy@sedgwicklaw.com
**SEDGWICK LLP**
333 Bush Street, 30th Floor
San Francisco, California 94104
Telephone: 415.781.7900
Facsimile: 415.781.2635

Attorneys for Defendants
ROSS SYSTEMS, INC.; CDC SOFTWARE
CORPORATION; and CDC SOFTWARE INC.

ALEXANDER F. STUART, Bar No. 96141
afs@wsblaw.net
**WILLOUGHBY STUART & BENING**
50 West San Fernando Street, Suite 400
San Jose, CA 95113
Telephone: 408.289.1972
Facsimile: 408.295.6375

Attorneys for Plaintiffs
CALIFORNIA VALLEY LAND COMPANY dba
WOOLF ENTERPRISES, and HARRIS WOOLF
ALMONDS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA VALLEY LAND COMPANY dba WOOLF ENTERPRISES, and HARRIS WOOLF ALMONDS,<br><br>Plaintiff,<br><br>v.<br><br>ROSS SYSTEMS, INC; CDC SOFTWARE, INC.; CDC SOFTWARE CORPORATION; and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 1:11-cv-01362-AWI-SMS<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT TO 8/25/2014;**<br><br>**ORDER**<br><br>Date: 7/28/2014<br>Time: 1:30 p.m.<br>Location: 2500 Tulare Street, 8th Floor<br>Fresno, CA 93721 – Courtroom 2<br><br>Pre-Trial Conference: 3/5/2015<br>Trial Date: 4/15/2015<br><br>*Hon. Anthony W. Ishii* |

////

19111244v1

- 1 -

STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR PARTIAL SUMMARY
JUDGMENT TO 8/25/2014; [PROPOSED] ORDER – NO. 1:11-CV-01362-AWI-SMS

1  WHEREAS, Defendants Ross Systems, Inc., CDC Software, Inc., and CDC Software Corporation (collectively "Defendants") duly noticed a hearing on Defendants' Motion for Partial Summary Judgment for July 7, 2014 at 1:30 p.m. in Courtroom 2 of the United Stated District Court for the Eastern District of California—Fresno Division;

5  WHEREAS, on July 1, 2014, Plaintiffs applied *ex parte* for an order continuing the hearing date, which continuance Defendants opposed;

7  WHEREAS, on July 3, 2014, the Court granted Plaintiffs' application by moving the hearing to July 28, 2014;

9  WHEREAS, counsel for the parties have met and conferred in good faith, and have mutually agreed to move the hearing from July 28, 2014 to August 25, 2014 at 1:30 p.m. in order to accommodate previously-scheduled calendaring conflicts on July 28, 2014;

12  WHEREAS, on July 10, 2014, counsel for Defendants confirmed that the Court is available for a hearing on Defendants' Motion on August 25, 2014;

14  **IT IS HEREBY STIPULATED**, by and between Plaintiffs and Defendants that the hearing on Defendants' Motion for Partial Summary Judgment shall continued to **August 25, 2014 at 1:30 p.m.** in Courtroom 2, conducive with this Court's availability.

17  **IT IS SO STIPULATED THROUGH COUNSEL OF RECORD:**

18  /////
19  /////
20  /////
21  /////
22  /////
23  /////
24  /////
25  /////
26  /////
27  /////
28  /////

Dated:  July 11, 2014                            **SEDGWICK LLP**


By:  /s/ Tara Clancy /s/
    ROBERT D. EASSA
    TARA K. CLANCY
    Attorneys for Defendants
    ROSS SYSTEMS, INC.;
    CDC SOFTWARE CORPORATION; and
    CDC SOFTWARE, INC.

Dated:  July 11, 2014                            **WILLOUGHBY, STUART & BENING**


By:   /s/ Alexander F. Stuart /s/
    ALEXANDER F. STUART
    Attorneys for Plaintiffs
    CALIFORNIA VALLEY LAND
    COMPANY dba WOOLF ENTERPRISES
    and HARRIS WOOLF ALMONDS

### **ORDER**

Pursuant to the parties' Stipulation to Continue the Hearing on Defendants' Motion for Partial Summary Judgment; and good cause showing, IT IS HEREBY ORDERED that the hearing on Defendants' Motion for Partial Summary Judgment shall be continued from July 28, 2014 at 1:30 p.m. to **August 25, 2014 at 1:30 p.m.** in Courtroom 2.

IT IS SO ORDERED.

Dated:  July 11, 2014                      _____
                                                 SENIOR  DISTRICT  JUDGE