# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA VALLEY LAND COMPANY dba WOOLF ENTERPRISES, and HARRIS WOOLF ALMONDS,**<br><br>**Plaintiffs**<br><br>v.<br><br>**ROSS SYSTEMS, INC; CDC SOFTWARE, INC.; CDC SOFTWARE CORPORATION; and DOES 1 through 100, inclusive,**<br><br>**Defendants** | CASE NO. 1:11-CV-1362 AWI SMS<br><br>ORDER VACATING HEARING DATE OF AUGUST 25, 2014 |

Defendants have filed a motion for partial summary judgment. Doc. 73.  Plaintiffs oppose the motion. Doc. 76.  The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 25, 2014, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matter under submission and will thereafter issue a decision.

IT IS SO ORDERED.

Dated:   August 21, 2014                              _____
                                                                                    SENIOR  DISTRICT  JUDGE