# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA VALLEY LAND COMPANY DBA WOOLF ENTERPRISES; HARRIS WOOLF ALMONDS,<br><br>Plaintiffs,<br><br>v.<br><br>ROSS SYSTEMS, INC; CDC SOFTWARE, INC.; CDC SOFTWARE CORPORATION; AND DOES 1 THROUGH 100, INCLUSIVE,<br>Defendants. | Case No. 1:11-CV-01362-AWI-SMS<br><br>ORDER MODIFYING SCHEDULING ORDER.<br><br>(Docs. 19 & 85) |

Before the court in the above styled and numbered cause is the Parties' "Stipulation to Modify Scheduling Conference Order," filed October 15, 2014 (Doc. 85), in which the Parties request a modification of the expert disclosure and supplemental expert disclosure deadlines in accordance with Federal Rule of Civil Procedure Rule 16(b)(4), United States District Court Eastern District Local Rule 143, and the provisions of this Court's initial February 6, 2012 Scheduling Conference Order (Doc. 19). Accordingly,

**IT IS ORDERED** that the Parties' request for modification of the scheduling order (Doc. 85), is **GRANTED**, as follows:

1. The expert disclosure deadline is extended to November 7, 2014; and,
2. The supplemental expert disclosure deadline is extended to November 21, 2014; and,
3. All other matters contained in this Court's initial Scheduling Conference Order issued on February 6, 2012 (Doc. 19), as modified by subsequent scheduling orders, shall remain in full effect as though completely restated herein.

IT IS SO ORDERED.

DATED: 10/16/2014         /s/ SANDRA M. SNYDER
                          UNITED STATES MAGISTRATE JUDGE