# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA VALLEY LAND COMPANY dba WOOLF ENTERPRISES, and HARRIS WOOLF ALMONDS,** | **CASE NO. 1:11-CV-1362 AWI SMS** |
| | **ORDER RE: MOTION FOR SUMMARY JUDGMENT** |
| **Plaintiffs** | |
| **v.** | |
| **ROSS SYSTEMS, INC; CDC SOFTWARE, INC.; CDC SOFTWARE CORPORATION; and DOES 1 through 100, inclusive,** | **(Doc. 73)** |
| **Defendants** | |

The parties have submitted a notice of settlement. Doc. 87.  Accordingly, Defendants'

motion for summary judgment (Doc. 73) is DENIED as moot.

IT IS SO ORDERED.

Dated:   February 12, 2015         _____

                                                   SENIOR  DISTRICT  JUDGE