UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA VALLEY LAND COMPANY, dba WOOLF ENTERPRISES, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ROSS SYSTEMS, INC., et al.,<br><br>　　　　　　Defendants. | No.  1:11-cv-01362-AWI-SMS<br><br>**ORDER OF DISMISSAL** |

　　Pursuant to the joint stipulation for dismissal with prejudice filed March 16, 2015 pursuant to Federal Rule of Civil Procedure 41(a)(1),

　　IT IS HEREBY ORDERED that this matter be dismissed with prejudice, each party to bear its own costs, attorney fees and expenses. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:   March 17, 2015　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE

1